IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CECELIA WILKINSON | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL NO.: 1:15cv418-HSO-MTP |
| | § | |
| CAROLYN W. COLVIN | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Cecelia Wilkinson's Objection [15] to the Report and Recommendation [13] of United States Magistrate Judge Michael T. Parker. The Court, by separate Order entered this date, has overruled Plaintiff's Objection [15], adopted the Magistrate Judge's Report and Recommendation [13] as the finding of this Court, and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of January, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE